CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 24 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEFFREY N. COLEMAN, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:11-cv-00145 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| UNKNOWN DEFENDANT, | ) | By: Samuel G. Wilson |
|    Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** pursuant to 42 U.S.C. §1997e(a) and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 24th day of March, 2011.

_____
United States District Judge